FILED ___ LODGED
___ RECEIVED ___ COPY

OCT 11 2017

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

SEALED

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>vs.<br><br>Samer Hussein,<br><br>    Defendant. | CR-17-01350-PHX-JJT(ESW)<br><br>**INDICTMENT**<br><br>VIO:  18 U.S.C. §§ 922(g)(1) and 924(a)(2)<br>(Felon in Possession of a Firearm)<br>Count 1<br><br>18 U.S.C. §§ 924(d) and 981<br>21 U.S.C. § 853<br>28 U.S.C. § 2461(c)<br>(Forfeiture Allegations) |

THE GRAND JURY CHARGES:

## COUNT ONE

On or about May 15, 2017, in the District of Arizona, the defendant, SAMER HUSSEIN, having been convicted of a crime punishable by imprisonment for a term exceeding one year, to wit, Aggravated Assault, on May 15, 2017, in the Superior Court of Arizona for Maricopa County, did knowingly possess in and affecting interstate commerce, a firearm, that is, a F.LLI Pietta 1873 revolver, bearing serial number E067782, said firearm having been shipped and transported in interstate commerce.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## FORFEITURE ALLEGATIONS

The Grand Jury realleges and incorporates the allegations of Count One of this Indictment, which are incorporated by reference as though fully set forth herein.

Pursuant to Title 18, United States Code, Sections 924(d) and 981, Title 21, United

States Code, Section 853, and Title 28, United States Code, Section 2461(c), and upon conviction of one or more of the offenses alleged in Count One of this Indictment, the defendant shall forfeit to the United States of America all right, title, and interest in (a) any property constituting, or derived from, any proceeds the persons obtained, directly or indirectly, as the result of the offense, and (b) any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of such offense, including, but not limited to the following involved and used in the offense: One F.LLI Pietta 1873 revolver, bearing serial number E067782.

If any of the above-described forfeitable property, as a result of any act or omission of the defendant: (1) cannot be located upon the exercise of due diligence, (2) has been transferred or sold to, or deposited with, a third party, (3) has been placed beyond the jurisdiction of the court, (4) has been substantially diminished in value, or (5) has been commingled with other property which cannot be divided without difficulty, it is the intent of the United States to seek forfeiture of any other property of said defendant up to the value of the above-described forfeitable property, pursuant to Title 21, United States Code, Section 853(p).

All in accordance with Title 18, United States Code, Sections 924(d) and 981, Title 21, United States Code, Section 853, Title 28, United States Code, Section 2461(c), and Rule 32.2, Federal Rules of Criminal Procedure.

A TRUE BILL

s/

FOREPERSON OF THE GRAND JURY
Date: October 11, 2017

ELIZABETH A. STRANGE
Acting United States Attorney
District of Arizona

s/

LACY COOPER
MATTHEW BINFORD
Assistant U.S. Attorneys

- 2 -